**NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Appellant, v. William John KLEVE, Bankrupt, et al.**

**No. 10340.**

Circuit Court of Appeals, Eighth Circuit.
June 17, 1935.

John P. Kyle and Richard E. Kyle, both of St. Paul, Minn., for appellant.

Harry Burns and Arthur M. Gorman, both of St. Cloud, Minn., for appellees.

1006

PER CURIAM.

Order appealed from reversed, without costs to either party in this court, and cause remanded for further proceedings according to law, per stipulation of parties.